# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| MARCUS DALE SMALLWOOD, #27258078 | § | |
| | § | CIVIL ACTION NO. 4:23-cv-640 |
| VS. | § | |
| | § | |
| SHERIFF SCOTT CASS, ET AL. | § | |

## MEMORANDUM ADOPTING AS MODIFIED REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action (the "Report") (Dkt. #19), this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 15, 2024, the Magistrate Judge entered the Report containing proposed findings of fact and recommendations that Plaintiff's claims and lawsuit against Defendants filed pursuant to 42 U.S.C. § 1983, (Dkt. #1), be dismissed with prejudice to their being asserted again until the conditions of *Heck v. Humphrey*, 512 U.S. 477 (1994) are met. Plaintiff filed a response to the Report and a letter requesting to amend the complaint. (Dkt. ##21, 23). The Magistrate Judge construed Plaintiff's letter as a motion to amend the complaint and granted the request. (Dkt. #24). Plaintiff filed an amended complaint on June 27, 2025. (Dkt. #27).

The Court finds the amended complaint does not change the analysis in the Report. However, the findings of the Magistrate Judge are modified to reflect that judgment was entered against Plaintiff in his federal criminal case on December 12, 2025. *See* Criminal Action No. 4:23-cr-00176(1)-SDJ-AGD (Dkt. #75). However, on March 23, 2026, Plaintiff filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, which remains pending. Plaintiff's

claims in his amended complaint implicate the validity of his federal conviction. As such, Plaintiff's claims remain *Heck*-barred until Plaintiff can show that his conviction has been overturned, expunged, or otherwise set aside. As modified, the Magistrate Judge's conclusion that Plaintiff's claims are *Heck*-barred is correct.

The Court has reviewed the Report in light of the amended complaint (Dkt. #27), along with all other relevant pleadings. Having done so, the Court is of the opinion that the findings of the Magistrate Judge are correct and adopts the Magistrate Judge's Report, as modified herein, as the findings of the Court.

It is therefore **ORDERED** that Plaintiff's claims and lawsuit against Defendants are **DISMISSED WITH PREJUDICE** to their being asserted again until the *Heck* conditions are met. All motions by either party not previously ruled on are hereby **DENIED**.

**IT IS SO ORDERED.**

**SIGNED this 18th day of August, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE